**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DARLEEN DEPOALO,

    Plaintiff,

v.                                                                                 Case No: 5:21-cv-241-JSM-PRL

THE BANK OF NEW YORK MELLON,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Notice of Dismissal (Dkt. 12).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, with each party to bear their own fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2021.

                                                                               JAMES S. MOODY, JR.
                                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record